NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

OFFICE AUTOMATION & TRAINING
CONSULTANTS CORPORATION,
*Appellant,*

v.

JOHN MCHUGH, SECRETARY OF THE ARMY,
*Appellee.*

2012-1242

Appeal from the Armed Services Board of Contract Appeals in no. 56838, Administrative Judge Diana S. Dickinson.

ON MOTION

ORDER

The Secretary of the Army moves without opposition for a 7-day extension of time, until July 9, 2012, to file its initial brief, and for a 7-day extension of time, until August 2, 2012, for Office Automation & Training Consultants Corporation to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                        FOR THE COURT

__JUL 16 2012__                         /s/ Jan Horbaly
        Date                            Jan Horbaly
                                        Clerk

cc:  Harold D. Lester, Jr., Esq.
     Daniel B. Abrahams, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 16 2012

JAN HORBALY
CLERK